| PROB 22 (Rév. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 4:00CR137 CAS |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:05-CR- 10086-T |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Timothy Hill<br>406 Blossom Lane<br>Bolivar, TN 38008 | EASTERN DISTRICT OF MISSOURI | U.S. Probation Office |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Charles A. Shaw, United States District Judge |

| DATES OF SUPERVISED RELEASE: | FROM<br>January 13, 2005 | TO<br>January 12, 2009 |
|---|---|---|

| OFFENSE |
|---|
| Conspiracy to Import More Than 500 Grams of Cocaine |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/17/05
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

26 October 2005
_____
Effective Date

_____
United States District Judge

FILED BY D.C.
05 OCT 28 PM 3:56

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 1:05-CR-10086 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT