PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Hill    Case Number: 1:05CR10086-T

Name of Sentencing Judicial Officer: Honorable Charles A. Shaw

Date of Original Sentence: October 5, 2000

Original Offense: Conspiracy to Import More Than 500 grams of Cocaine

Original Sentence: 60 months imprisonment; 4 years supervised release; $100 special assessment

Type of Supervision: TSR    Date Supervision Commenced: January 13, 2005

Assistant U.S. Attorney: James C. Delworth    Defense Attorney: Stephen E. Rothenberg

## PETITIONING THE COURT

[x] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance
                    *PLEASE SEE THE ATTACHED MEMORANDUM*

U.S. Probation Officer Recommendation:

[x] The term of supervision should be

    [x] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 4, 2005

_____
U.S. Probation Officer

THE COURT ORDERS:

[ ] No action.

[x] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

_____
James D. Todd
Signature of Judicial Officer

14 November 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-CR-10086 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT