# UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY_____ D.C.

05 DEC -9 PM 3:54

United States of America

v.

Timothy Hill

ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING

Case Number: 05-10086-T/An

On December 9, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At this hearing, the defendant WAIVED his right to a preliminary hearing. Jim Powell, representing the government, and Dianne Smothers, representing the defendant, were present. At the conclusion of the hearing the court determined the defendant should be detained pending disposition of this case.

Accordingly, the defendant is held to a final revocation hearing before Judge James D. Todd. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

S. Thomas Anderson, United States Magistrate Judge

Date: December 9, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CR-10086 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT