FILED BY ЈМW D.C.

05 DEC 30 PM 3:42

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA

vs.                                    Cr. No.1:05-10086-01-T

TIMOTHY HILL


JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on December 27, 2005, Assistant U. S. Attorney James W. Powell, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **TWENTY-TWO (22) MONTHS,** with no further supervision.

The Court recommends an institution as close to defendant's home as possible and where defendant can receive drug treatment and drug counseling.

12-30-05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

19

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

*James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 30 December 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10086 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT