The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

SIGNATURE REDACTED

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 30 December 2005

-13-2006 to FCC Forrest City - Medium
Wade SANDERS, WARDEN